JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>TIMOTHY J. DEAN, et al.,<br><br>                    Defendants. | No. SA CV11-1977 JVS (JPRx)<br>Consolidated with<br>**SACV 12-472 JVS(JPRx)**<br><br>**JUDGMENT** |

This action came on for hearing before the Court on April 30, 2013, on cross-motions for summary judgment filed by plaintiff the United States of America ("Plaintiff"), and defendants Timothy J. Dean, Michelle X. Dean, and John K. O'Brien (collectively, "Defendants"). On May 7, 2013, this Court issued an order denying the government's motion for summary judgment, and granting Defendants' motion. The evidence presented having been fully considered, the issues having

/ / /

/ / /

/ / /

been duly heard and a decision having been duly rendered, IT IS ORDERED AND
ADJUDGED that Plaintiff take nothing, and that the consolidated actions be
dismissed on the merits.


Dated: July 23, 2013

_____
HON. JAMES V. SELNA
U.S. DISTRICT COURT




Approved as to form:



_____
Andrew Pribe
Assistant US Attorney
Attorney for Plaintiff